

# Missouri Court of Appeals
## Southern District

**JULY 14, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.　　Case No.　SD32909

　　　Re:　　STATE OF MISSOURI,
　　　　　　Respondent,
　　　　　　vs.
　　　　　　JAMES E. SCOTT,
　　　　　　Appellant.